# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Nathan Doody, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a criminal complaint charging JOSE ALFREDO CUACUAMOXTLA ROMERO (DOB xx/xx/1993) with Re-Entry of Removed Alien, in violation of Title 8, United States Code, Section 1326(a).

2. I am employed as a Port Director with U.S. Customs and Border Protection ("CBP"). I have been with CBP since April 2009. I am currently stationed at the Van Buren, Maine, international port-of-entry. Through my employment, I have specialized training in outbound operations at international ports-of-entry.

3. The facts set forth in this affidavit are based upon my personal knowledge, information obtained during my participation in this investigation including information provided by other investigators, my review of records related to this investigation, and information gained through my training and experience. This affidavit is intended to provide the facts necessary for a determination of probable cause for the requested complaint.

## PROBABLE CAUSE

4. I am aware that on October 4, 2026, at approximately 8:02 a.m., an individual later identified as Encarnacion LARA GONZALEZ (DOB xx/xx/1977) was operating a black Ford pick-up truck on I-95 North in Houlton, Maine. LARA GONZALEZ arrived at the Houlton, Maine, port-of-entry[1] and traveled towards Canada.

[1] A port-of-entry is a designated location where individuals and goods can legally enter or depart a country.

5. CBP Officer Barry Smith reviewed video surveillance from the port-of-entry and observed that LARA GONZALEZ crossed the international boundary and entered the country of Canada. LARA GONZALEZ entered a parking lot for Canadian Border Services Agency ("CBSA") in Woodstock, New Brunswick, stopped for a moment, made a U-turn, and then headed back towards the United States.

6. At approximately 8:05 a.m., LARA GONZALEZ approached the Houlton, Maine, port-of-entry, to enter the United States. There are clearly marked lanes of travel for those seeking to enter the United States from Canada, and there is a stop sign prior to the inspection booth that instructs motorists to stop. A photograph taken on October 6 of the inspection lanes (and the stop signs) to enter the U.S. appears below:



7. CBP Officer Pitre reported that LARA GONZALEZ failed to stop for examination and inspection and instead drove through the primary inspection lane without stopping at the booth.

8. CBP Officer Pitre then sounded the alarm, and Supervisory CBP Officer Winters and CBP Officer Kollmer entered a CBP vehicle and followed LARA GONZALEZ with emergency lights and sirens activated.

9. At approximately 8:10 a.m., Supervisory CBP Officer Winters advised that LARA GONZALEZ had pulled over approximately 0.5 miles from the Houlton port-of-entry on the southbound lane of I-95.

10. The driver, LARA GONZALEZ, was identified by a New Jersey driver's license and an employment authorization card in his name. LARA GONZALEZ's identity was also confirmed through biometrics; specifically fingerprints.

11. LARA GONZALEZ had a passenger in the vehicle. Jose Alfredo CUACUAMOXTLA ROMERO (xx/xx/1993) was a passenger in the vehicle. His identity was confirmed by a Mexican consular id card bearing his name, photograph, and date of birth. CUACUAMOXTLA ROMERO's identity was also confirmed through biometrics; specifically fingerprints.

12. CUACUAMOXTLA ROMERO said he was a citizen and national of Mexico.

13. LARA GONZALEZ and CUACUAMOXTLA ROMERO were both detained and transported to the Houlton port-of-entry.

14. CBP Officer Sasso, who is fluent in Spanish, spoke with LARA GONZALEZ and CUACUAMOXTLA ROMERO separately. LARA GONZALEZ said that he left his residence in New Jersey around Tuesday and he worked for a company cleaning cell phone towers. LARA GONZALEZ said he was traveling to a town in Northern Maine,

but he could not specify the town. When asked why he failed to stop at the primary booth, LARA GONZALEZ said: "At first, I did not realize I was required to stop, and by the time I heard the run-by alarm, I got scared and realized I was in trouble. I got nervous, so I decided to keep going. Once I saw the police lights behind me, I figured it would be better to just pull over." LARA GONZALEZ also said that he knew CUACUAMOXTLA ROMERO did not have status in the United States.

15. LARA GONZALEZ also said he has been in the United States since the early 1990s and that he has three adult children, who are U.S. citizens. According to CBP systems, LARA GONZALEZ has an employment authorization card that is valid until a date in 2030, and he has an immigration hearing scheduled in 2028.

16. When he was detained, an iPhone 12 was found in the vehicle and LARA GONZALEZ identified the iPhone as his phone. During a basic border search of LARA GONZALEZ's iPhone, an officer found a saved photo on his phone of a fictitious Lawful Permanent Resident card, bearing LARA GONZALEZ's photograph but the name "Jonny Gonzales," as well as a fraudulent social security card in the name "Jonny Gonzalez."

17. During an interview, CUACUAMOXTLA ROMERO said he has been in the United States for about fourteen (14) years, and he has three minor children, who are U.S. citizens.

18. When he was detained, a Samsung phone was found in the vehicle and CUACUAMOXTLA ROMERO identified it as his phone. During a basic border search of CUACUAMOXTLA ROMERO's phone, an officer found a saved photograph of a Social Security card bearing CUACUAMOXTLA ROMERO's name but a social security number that was not assigned to him.

19. According to immigration records, CUACUAMOXTLA ROMERO has been removed from the country on several occasions. Specifically, those records show that CUACUAMOXTLA ROMERO entered the United States on August 13, 2013, near Nogales, Arizona, and was removed from the country on August 15, 2013, at the Calexico, California Port of Entry. Also, CUACUAMOXTLA ROMERO entered the United States on February 14, 2013, near Sasabe, Arizona, and was removed on February 17, 2013, in Nogales, Arizona. Those records also show that CUACUAMOXTLA ROMERO was previously removed from the country on December 13, 2012, in Nogales, Arizona, and again on November 24, 2012, in Nogales, Arizona.

20. No record was found in any immigration database showing that CUACUAMOXTLA ROMERO has any legal status in the United States or any claim to citizenship in the United States, and he did not obtain the express consent of the Secretary of the U.S. Department of Homeland Security to reapply for admission to the United States.

21. LARA GONZALEZ was found to have no criminal history in the United States. According to immigration records, LARA GONZALEZ is not a national or citizen of the United States. LARA GONZALEZ said he is a citizen and national of Mexico.

22. CUACUAMOXTLA ROMERO was notified of his right to speak with the Mexican Consulate, and CBP provided notice to the Mexican Consulate of his detention.

23. In summary, the above evidence shows that CUACUAMOXTLA ROMERO, an alien, was present in the United States after having been removed previously, without having obtained the express consent required to reapply for admission.

24. Based on my training and experience, and supported by the foregoing facts, I have probable cause to believe the above defendant, Jose Alfredo CUACUAMOXTLA ROMERO has violated Title 8, United States Code, Section 1326(a).

I, Nathan Doody, hereby swear under oath that the information set forth in this affidavit is true and correct to the best of my knowledge, information, and belief, and that I make this oath under pains and penalties of perjury.

Dated at Bangor, Maine, this 7th day of October 2026.

Nathan Doody,
Port Director
U.S. Customs and Border Protection

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Oct 07 2026

City and state: Bangor, ME

Judge's signature

John C Nivison U.S. Magistrate Judge
Printed name and title